```
W:\FORMS\
```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KELLY DUTTON                    :           CIVIL ACTION
                                :
        v.                      :
                                :
STRATFORD CAPITAL CO.           :           NO. 02-3670


**O R D E R**

       AND NOW, this 20TH  day of JUNE, 2002, it ordered that this matter is scheduled for a  - STATUS conference on JULY 3, 2002 at 1:3-PM before the Honorable J. Curtis Joyner in CHAMBERS - room - 8613.

*If you are unable to attend this meeting and wish to reschedule or to change the conference to a telephone conference - it is **your** (the counsel not available) - responsibility to coordinate the date and time with all counsel involved and to contact the the Deputy at - 267-299-7419


ATTEST:                              or    BY THE COURT


BY:  ANGELA J. MICKIE                _____
       Deputy Clerk                               Judge

Civ 12 (9/83)