W:\FORMS\.FRM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KELLY DUTTON                          :

                                      :

        vs.                           :          CIVIL ACTION NO. 02-3670

                                      :

STRATFORD CAPITAL CO.                 :


**REPORT OF PRETRIAL OR SETTLEMENT CONFERENCE**

On this  3rd  day of  JULY, 2002X,  a [ X] Pretrial
[ ] Settlement Conference was held before Judge J. Curtis Joyner.


REMARKS:




_____
Angela Mickie
Deputy Clerk to Judge Joyner


Civ 14 (8/80)