IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLY DUTTON, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | 02-3670 |
| | : | |
| v. | : | |
| | : | |
| STRATFORD CAPITAL CO., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this         day of July, 2002, it appearing to the Court that there is not diversity of citizenship as required by 28 U.S.C. § 1332, it is hereby ORDERED that the above-captioned case is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.[1]

BY THE COURT:

_____
J. CURTIS JOYNER, J.

---

[1] In his Complaint, Plaintiff alleges that the Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332. However, there is no diversity between the parties in this case as both Plaintiff and Defendant are residents of Pennsylvania. Should Plaintiff be able to demonstrate diversity as required by 28 U.S.C. § 1332, he may re-file his Complaint.