IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLY DUTTON, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | 02-3670 |
| | : | |
| v. | : | |
| | : | |
| STRATFORD CAPITAL CO., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this          day of September, 2002, upon consideration of Plaintiff's Motion for Reconsideration/Stay of Proceedings (Document No. 6) and in light of the Court's Order dismissing without prejudice Plaintiff's case for lack of jurisdiction, it is hereby ORDERED that the Motion is DENIED.[1]

BY THE COURT:

_____
J. CURTIS JOYNER, J.

---

[1] On July 3, 2002, this Court entered an Order dismissing Plaintiff's case for lack of jurisdiction because there was no diversity between the parties as required by 28 U.S.C. § 1332. Both Plaintiff and Defendant are residents of Pennsylvania, and Plaintiff has not shown diversity of citizenship. Since this case has already been dismissed and this Court continues to lack jurisdiction over the case, a bankruptcy stay pursuant to 11 U.S.C. § 362 would have no effect on this Court's decision. Therefore, the Motion for Reconsideration/Stay of Proceedings is DENIED.